# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

EVE CADONIA FRY, Individually and )
as Surviving Spouse of BENNY DALE )
FRY, Deceased. )
 )
        Plaintiff, )
 )
v. ) Case No. CIV-14-508-RAW
 )
MAXUM INDEMNITY COMPANY, )
 )
        Defendant. )

## ORDER

Before the court is the motion of the defendant for summary judgment. A lawsuit was filed in the District Court of Pittsburg County, State of Oklahoma, CJ-09-363. Mr. Benny Fry was struck and killed by a dump truck while employed by AOK Energy ("AOK") as a laborer. Maxum Indemnity Company ("Maxum") had issued an umbrella policy which included AOK as an insured. In due course, plaintiff took a default judgment against AOK. Plaintiff then filed a post-judgment garnishment affidavit seeking from Maxum the amount of the judgment. The defendant removed the action to this court on November 20, 2014.

Recently, this court resolved similar litigation arising out of the same state court lawsuit in favor of insurer American Home Assurance Company. *See Fry v. American Home Assur. Co.,* 2015 WL 519706 (E.D.Okla.2015). Plaintiff expressly presents the same arguments. For the reasons previously stated, the court finds summary judgment is appropriate.

It is the order of the court that the motion of the defendant for summary judgment (#12) is hereby granted.

**ORDERED THIS 5th DAY OF AUGUST, 2015.**

**Dated this 5th day of August, 2015.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma